UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80766-CIV-MIDDLEBROOKS/VITUNAC

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
   Plaintiff,

and

STACY SORENSON,
   Plaintiff-Intervenor,

v.

441 S.B. LLC d/b/a "HURRICANE GRILL
& WINGS",
   Defendant.
_____/



### ORDER ON JOINT MOTION TO ADD NECESSARY PARTY FOR PURPOSES OF CONSENT DECREE AND FOR APPROVAL OF CONSENT DECREE

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Add Necessary Party for Purposes of Consent Decree and for Approval of Consent Decree ("Motion") (DE 40), filed February 17, 2012. With their Motion, the Parties included their Consent Decree (*see* DE 40- Attachment 1). The Court has reviewed the Motion, the Parties' Consent Decree, and is otherwise fully advised in the premises.

Having considered the record and recognizing that the Consent Decree was concluded at arms-length with both sides represented by experienced counsel, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Motion to Add Necessary Party for Purposes of Consent Decree and for Approval of Consent Decree (DE 40) is **GRANTED**. Further, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Hurricane Wings Management of Royal Palm Beach, LLC, the successor in interest to Defendant 441 S.B. LLC, is joined as a Defendant in this matter;

2. The Parties' Consent Decree is **RATIFIED, ADOPTED, and APPROVED** in its entirety and shall be enforced according to its terms;

3. This action is **DISMISSED WITH PREJUDICE**;

4. The Clerk of Court shall **CLOSE** this case; and

5. The Court shall retain jurisdiction over this matter solely for purpose of enforcing the Parties' Consent Decree and resolving any disputes arising thereunder.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 22 day of February, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record